**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Enrique TORRES–CHAIREZ, a.k.a. Linio Monsivais–Landero, a.k.a. Enrique Torres, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Enrique Torres–Chairez, a.k.a. Linio Monsivais–Landero, a.k.a. Enrique Torres, Defendant–Appellant.**

**Nos. 08–10557, 08–10558.**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed May 27, 2011.

John Robert Lopez, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Neil Clifford Labarge, Esquire, Law Office of Neil Labarge, Donald MacPherson, The MacPherson Group, Phoenix, AZ, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Enrique Torres–Chairez appeals from his guilty-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

plea conviction and 41–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326, and from the revocation of his supervised release and eight-month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Torres–Chairez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgments are **AFFIRMED.**